AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   14-mj-01077-BNB |
| | ) | |
| | ) | |
| RICKY GARRISON | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 23, 2014  in the county of  Denver  in the District of  Colorado , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. §922(g)(1) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/Joshua Mohlman
*Complainant's signature*

Joshua Mohlman, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **27 May 2014**

Boyd N. Boland   *Judge's signature*

City and state:  Denver, Colorado

United States Magistrate Judge
*Printed name and title*