UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number 14 - mj - 1077 - BNB

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

Your affiant, Joshua Mohlman, Task Force Officer with the Federal Bureau of Investigation, being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge and belief.

**INTRODUCTION**

1. Your affiant, Investigator Joshua Mohlman, is an "investigative or law enforcement officer" within the meaning of Title 18, United States Code, Section 2510(7), and is authorized by law to conduct investigations and make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. This affidavit is submitted in support of an application for a Criminal Complaint and Arrest Warrant for Ricky GARRISON for violation of Title 18, United States Code, Section 922(g)(1), Possession of a Firearm by a Convicted Felon.

3. Your affiant is employed by the Aurora, Colorado Police Department and has been employed as a Police Officer for approximately 14 years. Your affiant previously served as a Deputy Sheriff with the Lancaster County Nebraska Sheriff's Office for seven years and was assigned to the Lincoln-Lancaster County Drug Task Force from November 2005, through August 2007. Your affiant has been a Police Officer with the Aurora Police Department since August 2007, and was previously assigned as a Vice and Narcotics Investigator from January 2010, through November 2011. Since November 2011, your affiant has been assigned to the

Denver Metro Gang Safe Streets Task Force (MGTF) as a Deputized Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI).  Your affiant has investigated gang-related activity, including drug and weapons violations.  Your affiant has been involved in numerous drug trafficking investigations and has participated in wiretap investigations in the past.  Your affiant has authored affidavits requesting the authorization of the interception of communications.  Additionally, your affiant has authored several affidavits requesting court authorization to search residences, businesses, vehicles, and cellular telephones.  Your affiant has also authored affidavits requesting court authorization to monitor GPS tracking information associated with vehicles and cellular telephones.

4. Your affiant has personally participated in the investigation, and makes this Affidavit based on your affiant's personal participation in this investigation and based on reports and statements made to your affiant by other Agents and/or law enforcement authorities.

## FACTS AND BACKGROUND OF THE INVESTIGATION

5. On May 22, 2014, the Honorable Judge Boland, United States Magistrate Judge for the District of Colorado, reviewed and approved a search warrant for the residence located at 1250 South Monaco Parkway, Unit 61, Denver, Colorado.

6. On May 23, 2014, approximately 6:00 AM, members of the Denver Police Metro Special Weapons and Tactics (SWAT) Team executed the search warrant at 1250 South Monaco Parkway, Unit 61, Denver, Colorado.  Upon entry, SWAT officers located two occupants, identified as Ricky GARRISON and his girlfriend Heather QUINTANILLA, who emerged from the basement area.  SWAT officers did not locate any other individuals inside the residence. GARRISON and QUINTANILLA were handcuffed and detained without incident.  Your affiant observed GARRISON to be wearing a white undershirt and shorts.  GARRISON appeared

groggy as if he had been awakened from sleep.

7.  Pursuant to the search warrant, investigators conducted a search of the residence. Investigators conducted a search of the basement room where GARRISON and QUINTANILLA had been when the search warrant was executed. The room was a small non-conforming bedroom with a closet. Investigators observed male clothing, a television, bed, and nightstand inside the room. While searching between the bed mattress and box spring, investigators located and seized a loaded, nickel/chrome finish Ruger .357 caliber pistol. The pistol, bearing serial 575-28288, was later confirmed to have been stolen during a vehicle theft in Aurora, Colorado on February 12, 2014.

8.  Inside the basement closet, investigators located a cardboard box which contained a loaded, black Beretta 9mm semi-automatic handgun bearing serial number PX12397. The handgun, approximately 36 rounds of 9mm ammunition, and five metal handgun magazines were seized. Also inside the closet, investigators located and seized items which were consistent with the preparation, packaging, and sales of narcotics. These items included two small digital scales, two packages containing empty gelatin capsules, a bottle commercially labeled "Inositol Powder," and a bottle commercially labeled "C-1000 Powder." Through training and experience, your affiant is aware that drug traffickers will use Inositol powder, which is commonly sold at vitamin and other stores, to dilute or "cut" cocaine. The powder has a consistency and color that is similar to cocaine.

9.  Your Affiant has spoken with Alcohol, Tobacco, Firearms and Explosives (ATF) Agent Brian Miller who is certified in interstate nexus determinations on firearms and ammunition advised that neither the Ruger nor Beretta pistols were manufactured in the State of Colorado and therefore must have traveled in, or affected interstate or foreign commerce.

10. Investigators located items inside the basement bedroom which indicate that GARRISON was living in the room.  Inside the nightstand, investigators located an orange prescription pill bottle that was labeled with the name Ricky Garrison at the address of 10340 East 13th Avenue, Aurora, Colorado.  Also, investigators located a black wallet which contained a Colorado driver's license for Ricky Garrison at the address of 17677 East Loyola Drive, #F, Aurora, Colorado.  Also located inside the residence was a piece of mail addressed to Ricky Garrison at the address of 10340 East 13th Avenue Aurora, Colorado, and a Michigan birth certificate for Ricky GARRISON, date of birth November 4, 1983.

11. Investigators did locate items of indicia in the residence for other individuals, none of whom were present during the search warrant.  These items included a Denver motor vehicle registration renewal notice addressed to Alexandra Ernestine Romero at the address of 1250 South Monaco Parkway, Apartment 61, Denver, Colorado.  No items of indicia were located for Heather QUINTANILLA.

12. At approximately 6:15 AM, investigators advised GARRISON of his Miranda rights.  GARRISON stated he understood the rights and agreed to speak with investigators.  GARRISON said he was from Michigan and had been in Colorado for the past six or seven years.  GARRISON said since approximately June 2013, he had been living with his girlfriend/wife, identified as Shanna Waterson, at 10340 East 13th Avenue, Aurora, Colorado.  GARRISON indicated that he had moved out of that residence but did not say when.  GARRISON said he had currently been travelling back and forth between Flint, Michigan and Colorado and had returned to Denver approximately two days ago.  GARRISON said he did not have a permanent residence and stated he had been living in hotels.  GARRISON denied that he had been living at 1250 South Monaco Parkway, Unit 61, Denver, Colorado.  GARRISON said

he did know the occupants of the residence but declined to identify them. GARRISON did state that drugs were not being sold from 1250 South Monaco Parkway, Unit 61, Denver, Colorado. Therefore, he did not understand how a search warrant could be issued for the residence.

13.     GARRISON stated he was aware that he was a convicted felon. GARRISON said he had previously been convicted of a felony in a Michigan case involving resisting arrest. GARRISON was transported to the Denver Detention Center where he was held without bond pursuant to a US Marshal's hold.

14.     Your affiant has reviewed GARRISON's criminal history which reveals previous arrests in Colorado, Michigan, Ohio, and Georgia. GARRISON has a record of two felony convictions in Michigan and one felony conviction in Colorado. The Colorado conviction resulted from a December 22, 2009, arrest by the Aurora Police Department. The charges included possession of a weapon by a previous offender, a class six felony. On October 20, 2010, GARRISON was found guilty of weapon possession by a previous offender, a class six felony, in Arapahoe County, Colorado Court. As a result of the conviction, GARRISON was sentenced to one year department of corrections and associated fines. The case is documented under Colorado court case number 2009CR3044. Investigators have requested court records regarding GARRISON's felony convictions in Michigan. The results of that request are pending.

## Conclusion:

Based on the above facts set forth, your affiant believes there is probable cause that Ricky GARRISON committed a violation of Title 18, United States Code, Section 922(g)(1), Possession of a Firearm by a Convicted Felon.

I, Joshua Mohlman, Task Force Officer with the Federal Bureau of Investigation, being duly sworn according to law, hereby state that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

Dated the 27th day of May, 2014, at Denver, Colorado.

        s/Joshua Mohlman_____
        JOSHUA MOHLMAN
        TASK FORCE OFFICER
        FEDERAL BUREAU OF INVESTIGATION

SUBSCRIBED and SWORN to before me this __27th__ day of __May__, 2014, at Denver, Colorado.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Reviewed and submitted by AUSA Zachary Phillips.