IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICKY GARRISON
2. JAMES TILLMON
3. CHRISTOPHER MARTINEZ
4. FRANCISCO AGUILAR
5. SIMEON RAMIREZ
6. CHRISTOPHER VIGIL
7. TRAVIS EDWARDS
8. DONDRAI FISHER
9. ARCHIE POOLE
10. LOUISE RAMIREZ
11. MELVIN TURNER
12. **SHAWN BEARDSLEY**
13. GREGORY WILLIAMS
14. ROBERT PAINTER
15. LATOYA WIMBUSH

    Defendants.

---

MOTION TO RESTRICT DOCUMENT 365

---

Comes now Elisa Moran, counsel for #12, Shawn Beardsley, and moves to restrict document 365, any order revealing the contents of that document, and the brief filed in support of this motion for the reasons stated in the brief. The request is for a level 3 restriction or level 2 to include Zachary Phillips, atty. or the government.

Dated this 5th day of February, 2015.

1

Respectfully submitted,

s/Elisa Moran

Elisa J. Moran, No. 11414
Elisaatty@aol.com

8451 E. Oregon Place
Denver, Colorado  80231
(303) 745-6560

**CERTIFICATE OF SERVICE**

I certify that on 2-5-15, a true copy of the foregoing was filed electronically with the clerk of the Court using the CM/ECF system which will send notification of such filing as permitted under restriction level 3 to the following:

Zachary Phillips Zachary.Phillips@usdoj.gov

s/Elisa Moran
Elisa Moran_

2