IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY GARRISON,

    Defendant.

---

GOVERNMENT'S MOTION TO REQUEST PERMISSION TO APPEAR BY TELEPHONE
FOR MOTIONS HEARING ON SEPTEMBER 9, 2016

---

    NOW COMES THE UNITED STATES OF AMERICA, Robert C. Troyer, Acting United States Attorney, by Zachary H. Phillips, Assistant United States Attorney, and requests that this Court allow Assistant United States Attorney (AUSA) Zachary Phillips to appear via telephone for the Motions Hearing presently scheduled for September 9, 2016, at 2:00 P.M.

    In support of this motion, the Government states the following:

    Please see Attachment A (the Government requests Attachment A be redacted).

    The Government has spoken to defense counsel and they do not object to this motion.

    Wherefore, the Government respectfully requests that the Court allow AUSA Zachary Phillips to appear by telephone for the Motions Hearing presently scheduled for September 9, 2016, at 2:00 P.M.

Respectfully submitted this 6th day of September day of September, 2016.

                ROBERT C. TROYER
                Acting United States Attorney

By: *s/Zachary Phillips*
     ZACHARY PHILLIPS
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th St., Suite 700
     Denver, CO 80202
     Telephone:   (303) 454-0118
     Fax:   (303) 454-0401
     e-mail:   zachary.phillips@usdoj.gov
     Attorney for the Government

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on this 6th day of September 2016, I electronically filed the foregoing GOVERNMENT'S MOTION TO REQUEST PERMISSION TO APPEAR BY TELEPHONE FOR MOTIONS HEARING ON SEPTEMBER 9, 2016 using the ECF system which will send notification of such filing to all counsel of record in this case.

            <u>s/Maggie E. Grenvik</u>
            Maggie E. Grenvik
            Legal Assistant