IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00231-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    RICKY GARRISON,

        Defendant.

---

## GOVERNMENT'S WITNESS LIST
## FOR TRIAL BEGINNING FEBRUARY 21, 2017

---

        The United States of America, by Acting United States Attorney Robert C. Troyer, and the undersigned Assistant United States Attorneys, respectfully submits the attached witness list that the Government intends to offer at the trial scheduled in this matter beginning February 21, 2017, at 8:30 A.M.

        Respectfully submitted this 7th day of February, 2017.

        Respectfully Submitted,

        ROBERT C. TROYER
        ACTING UNITED STATES ATTORNEY
        DISTRICT OF COLORADO

By:   *s/Zachary Phillips*
      ZACHARY PHILLIPS
      Assistant United States Attorney
      1225 17th St., Suite 700
      Denver, CO 80202
      Telephone: (303) 454-0118
      Fax: (303) 454-0401
      e-mail: zachary.phillips@usdoj.gov
      Attorney for the Government

By: *s/Celeste Rangel*
CELESTE RANGEL
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0215
Fax: (303) 454–0401
e-mail: Celeste.rangel@usdoj.gov
Attorney for the Government

CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of February, 2017, I electronically filed the foregoing **GOVERNMENT'S WITNESS LIST FOR TRIAL BEGINNING FEBRUARY 21, 2017** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                              *s/Maggie E. Grenvik*
                                              Maggie E. Grenvik
                                              Legal Assistant