# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

#1 RICKY GARRISON,
        Defendant.

---

### DEFENDANT RICKY GARRISON'S PROPOSED JURY INSTRUCTIONS - DISPUTED
_____

Mr. Garrison, by and through counsel, submits the following proposed jury instructions, for the Court's consideration.

DATED this 7th day of February 2017.

                          Respectfully submitted,

                          s/ Sean M. McDermott
                          Sean M. McDermott
                          McDermott & McDermott LLP
                          1890 Gaylord Street
                          Denver, CO 80206
                          Phone: (303) 399-6037
                          Fax: (303) 322-3423

                          s/ Miller Leonard
                          Miller Leonard
                          14143 Denver West Pkwy.,
                          Suite 100
                          Golden, CO 80403
                          (720) 613-8783 Phone
                          (303) 907-9516 Phone - Cell
                          (720) 613-8782 Fax
                          Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2017, I electronically filed the foregoing and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.

s/ Sean McDermott<br>
Sean McDermott