**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
          Plaintiff,

v.

#1 RICKY GARRISON,
          Defendant.

---

**DEFENDANT RICKY GARRISON'S WITNESS LIST FOR TRIAL BEGINNING FEBRUARY 21, 2017**
_____

      Mr. Garrison, by and through counsel, respectfully submits the attached witness list that Mr. Garrison intends to offer at the trial scheduled in this matter, beginning February 21, 2017.

      DATED this 8th day of February 2017.

                                  Respectfully submitted,

                        By:   s/ Sean M. McDermott
                              Sean M. McDermott
                              McDermott Stuart & Ward LLP
                              140 E. 19th Avenue, Ste., 300
                              Denver, CO 80203
                              Phone: (303) 832-8888
                              Fax:    (303) 863.8888

              By: <u>s/ Miller Leonard</u>
                 Miller Leonard
                 14143 Denver West Pkwy.,
                 Suite 100
                 Golden, CO 80403
                 (720) 613-8783 Phone
                 (303) 907-9516 Phone - Cell
                 (720) 613-8782 Fax
                 Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2017, I electronically filed the foregoing and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.

            s/ Sean McDermott
             Sean McDermott