**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No. <u>14-cr-00231-WJM</u>　　　　　　　　　　　　Date <u>February 21, 2017</u>

Case Title <u>United States v. Ricky Garrison</u>

RICKY GARRISON'S FINAL WITNESS LIST
(Defendant)

| WITNESS & DATE | PROPOSED LENGTH OF TESTIMONY |
|---|---|
| Inv. Josh Mohlman 2/27/17 | Direct: 1.0 hours　Cross: .3 hours　Total: 1.3 hours |
| Sara Aerts 2/27/17 | Direct: 0.3 hours　Cross: 0.1 hours　Total: 0.4 hours |
| SA Brad Gullicksrud 2/27/17 | Direct: 0.8 hours　Cross: 0.2 hours　Total: 1 hour |
| Michael Mancha 2/27/17 | Direct: 0.2 hours　Cross: 0.1　Total: 0.3 hour |
| Jordan Smith 2/27/17 | Direct: 0.2 hours　Cross: 0.1 hour　Total: 0.3 hours |
| SA Brian Miller 2/28/17 | Direct: 0.1　Cross: 0.1　Total: 0.2 |
| Inv. Roger Wehr 2/28/17 | Direct: 0.1　Cross: 0.1　Total: 0.2 |
| Any other witness necessary for impeachment 2/28/17 | Direct: 0.3　Cross: 0.1　Total: 0.4 |