**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00231-WJM

UNITED STATES OF AMERICA,
           Plaintiff,

v.

#1 RICKY GARRISON,
           Defendant.

___

**DEFENDANT RICKY GARRISON'S (AMENDED) WITNESS LIST FOR TRIAL BEGINNING FEBRUARY 21, 2017**
___

    Mr. Garrison, by and through counsel, respectfully submits the attached witness list that Mr. Garrison intends to offer at the trial scheduled in this matter, beginning February 21, 2017.

    DATED this 17th day of February 2017.

                              Respectfully submitted,

                By:    <u>s/ Sean M. McDermott</u>
                        Sean M. McDermott
                        McDermott Stuart & Ward LLP
                        140 E. 19th Avenue, Ste., 300
                        Denver, CO 80203
                        Phone: (303) 832-8888
                        Fax:    (303) 863.8888

By:   s/ Miller Leonard
      Miller Leonard
      14143 Denver West Pkwy.,
      Suite 100
      Golden, CO 80403
       (720) 613-8783 Phone
       (303) 907-9516 Phone - Cell
       (720) 613-8782 Fax
       Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2017, I electronically filed the foregoing and that a copy was delivered to all parties allowed to receive this motion by the District of Colorado's ECF filing system.

s/ Sean McDermott
Sean McDermott