UNCLASSIFIED//FOUO
Title III
TT13 - 3054075925
**TESUR REPORT**

| BY: | | OFFICE: | SU1 | DATE: | 02/12/2017 |
|---|---|---|---|---|---|
| **LINE ID:** | 3054075925 | **SOURCE:** | | **LANGUAGE:** | English |
| **START DATE:** | 05/20/2014 | **TIME:** | 15:16:02 MDT | **DAY:** | Tuesday |
| **END DATE:** | 05/20/2014 | **TIME:** | 15:17:04 MDT | **DAY:** | Tuesday |
| **DURATION:** | 00:01:03 | **SESSION ID:** | 433 | **DIRECTION:** | Outgoing |
| **PARTICIPANTS:** | From: (305) 407-5925,GARRISON, RICKY;To: (720) 862-6920,ROMERO, ALEXANDRA | | | | |
| **RE:** | | | | | |

Date of Transcription:                                                                             2/12/2017

This is a transcript of a recorded telephone conversation between Ricky Garrison and an Unknown Male, which took place in Denver, Colorado.

This transcript has been compared to the audio recording from which it was made and to the best of my ability the transcript is a true, complete and accurate record of the recording.

| KEY: | Ricky Garrison |
|---|---|
| UM: | Unknown Male |
| UI: | Unintelligible |
| PH: | Phonetic |

AUTOMATED REOCORDING:   The time available for this call is, unlimited.

TELEPHONE RINGING

GARRISON:   You talking about like (UI) little hole right?

UNKNOWN MALE:   Yeah under the dresser.

GARRISON:   Huh?

UNKNOWN MALE:   Under the dresser, it's on the side, as soon as you come in, it'll be on your right hand, I mean on your left hand side.

GARRISON:   It'll be, in the closet upstairs?

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

| | |
|---|---|
| UNKNOWN MALE: | No it's under the dresser. |
| GARRISON: | No I'm talking about the black one. |
| UNKNOWN MALE: | No the black one is in the what's-it-called, no it's still in the box. |
| GARRISON: | Downstairs? |
| UNKNOWN MALE: | Yeah, yeah, yeah, I took it back down there, motherfucker its right right here you put it. |
| GARRISON: | Oh okay, alright. |
| UNKNOWN MALE: | Alright yeah. |

(End of conversation)