# UNITED STATES DISTRICT COURT

|  |  |
|---|---|
| Plaintiff-Appellee United States,<br>v.<br>Defendant-Appellant Ricky Garrison. | District Court No. 14-cr-231-WJM-1<br><br>Court of Appeals No.<br><br>18-1053 |

**NOTE:   THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

   Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals.   (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)
   The following items should also be included in the record on appeal.   (Portions of transcripts should be designated by hearing dates and page numbers.)

   1. <u>Transcript of Sentencing Hearing held on February 2, 2018.</u>

   2. <u>District Court Docketing Sheet, attached, with respective docket numbers/dates circled.</u>

   3. _____

   4. _____

   5. _____
   (Attach additional sheets if necessary)

   Signature: <u>/s/ Miller Leonard</u>

   Counsel for: <u>Mr. Ricky Garrison</u>

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on <u>2-15-2018</u>.

Signature: <u>/s/ Miller Leonard</u>