# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
### OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert                                                                    Jane K. Castro
Clerk of Court                        December 15, 2020                        Chief Deputy Clerk


Ricky Garrison
FCI - Pekin
P.O. Box 5000
Pekin, IL 61555
40459-013

> **RE:      20-1434, In re: Garrison**
>              Dist/Ag docket: 1:19-CV-03125-WJM, 1:14-CR-00231-WJM-1

Dear Petitioner:

Your petition for writ of mandamus has been docketed but will not be submitted to the court until the docket fee has been paid or you have filed a motion for leave to proceed without prepayment of fees and costs. *See* Fed. R. App. P. 21(a)(3) and 10th Cir. R. 21.1. Within 30 days of the date of this notice, you must either pay the $500.00 docket fee to the clerk or file a motion for leave to proceed without prepayment of fees on the enclosed form. If the fee is not paid or the form is not filed, this proceeding may be dismissed without further notice. *See* 10th Cir. R. 3.3(B).

Your petition for writ of mandamus has been docketed but will not be submitted to the court until proof of service is provided. Within 30 days of the date of this letter, you must provide proof of service of the petition on respondent(s) and the district court judge (*See* Fed. R. App. P. 21(a)(1)), or this proceeding may be dismissed without further notice. *See* 10th Cir. R. 3.3(B). The enclosed form may be used.

Please contact this office if you have questions.


Sincerely,

Christopher M. Wolpert
Clerk of the Court