Ricky Garrison #40459-013
Federal Correctional Institution #2
P.O. Box 3850
Adelanto, CA 92301

legal mail:

United States District Court
901-19th St., Room A105
Denver, CO 80294



07-20-2021
GA8