UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

February 10, 2022

Ricky Garrison
FCI - Victorville Medium II
P.O. Box 3850
Adelanto, CA 92301
40459-013

**RE:**   20-1168, United States v. Garrison
Dist/Ag docket: 1:19-CV-03125-WJM, 1:14-CR-00231-WJM-1

Dear Appellant:

Enclosed is a copy the court's final order issued today in this matter.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Karl L. Schock

CMW/sds